JUDGE RAKOFF

07 CV 3251

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
PALKINO SHIPPING LTD.,                :

            Plaintiff,            :

  - against -                                      :          ECF CASE

EMMSONS INTERNATIONAL LTD.    :

           Defendant.          :
------------------------------------------------X

APR 23 2007

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                        NONE.

Dated: April 23, 2007
       Southport, CT

                                      The Plaintiff,
                                      PALKINO SHIPPING LTD.

                               By: _____
                               Patrick F. Lennon (PL 2162)
                               Nancy R. Peterson (NP 2871)
                               TISDALE & LENNON, LLC
                               11 West 42nd Street, Suite 900
                               New York, NY 10036
                               (212) 354-0025 – phone
                               (212) 869-0067 – fax
                               plennon@tisdale-lennon.com
                               npeterson@tisdale-lennon.com