UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
    PALKINO SHIPPING LTD.
        Plaintiff,

    - against -

    EMMSON INTERNATIONAL LTD.
        Defendants.

------------------------------------------------------------x

07 CV 3251 (JSR)

NOTICE OF RESTRICTED APPEARANCE PURSUANT TO FED. R. CIV. P. E(8) OF THE SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND <u>MARITIME CLAIMS</u>

SIR:

    PLEASE TAKE NOTICE, that the Defendant, Emmsons International Ltd, hereby appears in the above-captioned action pursuant to Rule E(8), "Restricted Appearance," of the Fed. R. Civ. P. Supplementary Admiralty Rules and that the undersigned has been retained as attorneys for said Defendant and demands that a copy of the Complaint and all papers in this action be served upon undersigned at the office address stated below.

Dated: New York, New York
        June 5, 2007

                Respectfully submitted,

                Fox Horan & Camerini LLP

                Attorneys for Defendants,

By: _____
                Eric Lindquist, a partner (EL4305)
                825 Third Avenue
                New York, New York 10022
                Tel. (212) 480-4800
                Fax (212) 269-2383
                elindquist@foxlex.com