AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

PALINKO SHIPPING, LTD.

**APPEARANCE**

V.

Case Number: 07 CV 3251 (JSR)

EMMSONS INTERNATIONAL, LTD.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
PALINKO SHIPPING LTD., PLAINTIFF

I certify that I am admitted to practice in this court.

| 6/19/2007 | *[signature]* | |
|---|---|---|
| Date | Signature | |
| | CLAURISSE CAMPANALE-OROZCO | CC3581 |
| | Print Name | Bar Number |
| | TISDALE LAW OFFICES, 11 WEST 42D STREET | |
| | Address | |
| | NEW YORK    NY | 10036 |
| | City    State | Zip Code |
| | (212) 354-0025 | (212) 869-0067 |
| | Phone Number | Fax Number |

COROZCO@TISDALE-LAW.COM