UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Palkino Shipping, Ltd.

                     Plaintiff,

      -against-

Emmsons Int'l Ltd.

                    Defendant.
------------------------------------------------------------x

07 CIVIL 3251 ( )

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Claurisse Campanale-Orozco__

☒ *Attorney*

    ☐ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: CC3581

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:* Tisdale Law Offices, LLC, 11 West 42nd Street, New York, NY 10036

☒ *Telephone Number:* 212-354-0025

☒ *Fax Number:* 212-869-0067

☒ *E-Mail Address:* corozco@tisdale-law.com

Dated: 8/17/07        *Claurisse Campanale Orozco*