UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
PALKINO SHIPPING LTD.,           :    07 CV 3251 (JSR)

         Plaintiff,           :    ECF CASE

   - against -                  :

EMMSONS INTERNATIONAL LTD.       :

         Defendant.           :
------------------------------------------------------X

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned attorneys, that upon endorsement of this Stipulated Order:

1. This court's Ex Parte Order of maritime attachment and garnishment is hereby vacated,

2. Any and all garnishees holding property belonging to the Defendant named in this action shall immediately release property belonging to the Defendant that is presently being restrained pursuant to this court's Ex Parte Order for maritime attachment and garnishment dated April 24, 2007, and

3. This action is hereby dismissed with prejudice and without costs to any party.

Dated: November 27, 2007
New York, New York.

TISDALE LAW OFFICES, LLC
Attorneys for Plaintiff
Palkino Shipping, Ltd.

By: _____
Claurisse Campanale-Orozco (CC 3581)
11 West 42nd Street, Suite 900
New York, NY 10036
Tel: (212) 354-0025
Fax: (212) 869-0067
corozco@tisdale-law.com

Fox Horan & Camerini LLP<br>
Attorneys for Defendant<br>
Emmsons International Ltd.

By: _____
Eric Lindquist, Esq.
825 Third Avenue
New York, NY 10022
(212) 480-4800
(212) 269-2383
elindquist@foxlex.com

SO ORDERED:

_____
Honorable Jed S. Rakoff, U.S.D.J.

12-19-07